WORTHY *v.* UNITED STATES.

No. 1107, Misc.  Decided June 20, 1966.

*David B. Isbell* for petitioner.

*Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Dennis* v. *United States, ante,* p. 855.